IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SOLUTIA INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:09-cv-01865-RWS ) ) |
| ESIS, INC., | ) ) |
| Defendant. | ) ) |

### STIPULATION FOR DISMISSAL

COME NOW the Parties, by and through their counsel, pursuant to F.R.C.P. 41(a)(1)(B), and stipulate to the dismissal of foregoing cause of action.  Each Party shall bear its own costs.

Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**                **HEPLER BROOM, LLC**

By:   /s/ Thomas P. Berra, Jr.                           By:   /s/ Troy A. Bozarth (with consent)
   Thomas P. Berra, Jr., #27524MO                 Troy A. Bozarth, #5209515IL
   tberra@lewisrice.com                                    tab@heplerbroom.com
   600 Washington Avenue, Suite 2500         130 N. Main Street
   St. Louis, Missouri 63101                               Edwardsville, IL 62025
   (314) 444-7600                                                (618) 656-0184
   (314) 241-6056 (facsimile)                           (618) 656-1364 (facsimile)

Attorney for Plaintiff Solutia Inc.                      Attorney for Defendant ESIS, Inc.

1722616.1