IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SOLUTIA INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:09-cv-01865-RWS |
| v. | ) |
| | ) |
| ESIS, INC., | ) |
| | ) |
| Defendant. | ) |

### STIPULATION FOR DISMISSAL

COME NOW the Parties, by and through their counsel, pursuant to F.R.C.P. 41(a)(1)(B), and stipulate to the dismissal of foregoing cause of action. Each Party shall bear its own costs.

Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**

By:   /s/ Thomas P. Berra, Jr.
   Thomas P. Berra, Jr., #27524MO
   tberra@lewisrice.com
   600 Washington Avenue, Suite 2500
   St. Louis, Missouri 63101
   (314) 444-7600
   (314) 241-6056 (facsimile)

Attorney for Plaintiff Solutia Inc.

**HEPLER BROOM, LLC**

By:   /s/ Troy A. Bozarth (with consent)
   Troy A. Bozarth, #5209515IL
   tab@heplerbroom.com
   130 N. Main Street
   Edwardsville, IL 62025
   (618) 656-0184
   (618) 656-1364 (facsimile)

Attorney for Defendant ESIS, Inc.

1722616.1